UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENZO ROCCISANO, | 1:13-cv-01108-SAB (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | OR PAY FILING FEE WITHIN 30 DAYS |
| SIX UNKNOWN NAMES AGENTS, et al., | ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE (ECF |
| Defendants. | No. 1) |
| _____/ | COMPLAINT DUE WITHIN 21 DAYS |

Plaintiff, a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971), filed an unsigned complaint in this action on July 18, 2013. Unsigned documents cannot be considered by the Court, and Plaintiff's complaint shall be stricken the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff has also not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The complaint filed sets forth no intelligible claims for relief, and fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Further, the Court finds that the language and substance of the complaint is the same as complaints filed by Young Yil Jo, who this Court has sanctioned for acting in bad faith by filing over two hundred similar civil cases in this district. The plaintiff is admonished that sanctions will imposed if this is a similar attempt to burden this court with frivolous documents. A copy of the last order involving a similar attempt by a similar plaintiff will be served on this plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint, filed July 18, 2013, is STRICKEN FROM THE RECORD;
2. Within thirty (30) days from the date of service of this order, Plaintiff SHALL file a complaint.
3. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.
4. The Clerk's Office shall send to plaintiff a copy of the order in Jo v. Six Unknown Names Agents, 1:13-cv-00837-AWI-SAB, filed June 12, 2013 (ECF No. 3).
5. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

  Dated:   **July 22, 2013**

UNITED STATES MAGISTRATE JUDGE